**ISSUED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
MAR 12 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL JOHNSON<br><br>*Defendant* | ) ) ) Case No. 1:15-CR-00059-LJO-SKO<br>) ) ) ) |

USMS FRESNO RCVD
MAR 6 2015 AM10:24

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Johnson ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(g)(1) - Felon in Possession of a Firearm

Date: 03/06/2015

_____
*Issuing officer's signature*

City and state: Fresno, CA

R. Gonzaléz, Operations Specialist
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/06/15, and the person was arrested on *(date)* 03/12/15
at *(city and state)* Fresno, CA .

Date: 03/12/15

_____
*Arresting officer's signature*

A. Najera US Marshal
*Printed name and title*

9751954
1666304