1 | HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
2 | JANET BATEMAN, CA BAR #241210
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
4 | Telephone: 559.487.5561/Fax: 559.487.5950

5 | Attorneys for Defendant
MICHAEL JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-CR-00059-LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | ORDER FOR TEMPORARY RELEASE AND |
| vs. | ) | TRANSPORTATION TO DELANCEY |
| | ) | STREET, LOS ANGELES FOR MICHAEL |
| MICHAEL JOHNSON, | ) | JOHNSON |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Michael Johnson (Fresno County Sheriff's Booking No. 1514304; Person ID 1294138) shall be granted temporary release from custody at the Fresno County Jail on the conditions listed below.  Michael Johnson released to Kevin Mitchel, a social worker with the Office of the Federal Defender and former Bureau of Prisons employee, from the Fresno County Jail on Tuesday, February 2, 2016 at 7:30 a.m.  Kevin Mitchel and Victor D. Gonzalez, an investigator from the Office of the Federal Defender, will then transport Michael Johnson directly to the Delancey Street program located at 400 N. Vermont Avenue in Los Angeles for an intake interview.  If accepted, Michael Johnson will stay at Delancey Street and abide by all rules of the program.  If not accepted, Mr. Mitchel and Mr. Gonzalez will immediately and directly return Michael Johnson to the Fresno County Jail by no later than 12:00 a.m. on February 3, 2016.

//

1. You shall be released to Kevin Mitchel, social worker with the Office of the Federal Defender, for 16-hours on a date to be provided by defense counsel to the Court for purposes of accomplishing an in-person interview with the Delancey Street Foundation and shall return to custody following the interview prior to the expiration of the 16-hour period.  You shall be accompanied at all times during the 16-hour period;
2. Following acceptance into long-term inpatient drug treatment by Delancey Street Foundation, You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
3. You are released to the third-party custody of Delancey Street Foundation;
4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
5. Your travel is restricted to the Eastern District of California and to the district of the program site of the Delancey Street Foundation, unless otherwise approved in advance by the pretrial services officer;
6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
7. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
11. You shall participate in the substance abuse treatment program at a location of the Delancey Street Foundation, and comply with all the rules and regulations of the program. You shall remain at the inpatient facility until released by the pretrial services officer;

    a.    A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing.

IT IS SO ORDERED.

Dated:  **February 1, 2016**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

_____