# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff-Respondent,<br><br>   v.<br><br>MICHAEL JOHNSON,<br><br>                 Defendant-Petitioner. | CASE NO. 1:15-CR-00059-LJO-SKO-1<br><br>ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 39) |

On August 26, 2016, Petitioner Michael Johnson filed a *pro se* motion (ECF No. 39) pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). The Section 2255 Motion was not originally recognized as raising issues relating to *Johnson* and *Welch* because it does not reference those authorities directly. However, upon closer review, the motion appears to implicate *Johnson* and *Welch*. To efficiently process petitions under *Johnson* and *Welch*, and following Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **March 7, 2018** to file a supplement to Petitioner's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file such a supplement. The Court will issue a scheduling order for briefing if the FDO files a

supplement to the *pro se* Section 2255 Motion. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

    Dated:   **February 5, 2018**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES CHIEF DISTRICT JUDGE