John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JOHNSON,<br><br>    Defendant. | No. 1:15-CR-00059-LJO-SKO<br><br>**STIPULATION AND ORDER** |

Defendant, MICHAEL JOHNSON, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kimberly Sanchez, hereby stipulate to extend the due date from March 7, 2018 to April 4, 2018 for the defendant's response to the Court's 2/7/18 order requiring defendant to file a supplement to his pro se § 2255 motion or notify the Court that it does not intend to file such a supplement. *See* Docket 41.

///

///

///

Stipulation and Order      1

This request is made because the defendant's counsel needs additional time to review the trial attorney's file and conduct additional research before responding to the court's order at docket 41.

Dated:  March 5, 2018                                    Dated:   March 5, 2018


McGregor W. Scott
Interim United States Attorney


 /s/ *Kimberly Sanchez*                              /s/*John Balazs*
KIMBERLY SANCHEZ                              JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                    Attorney for Defendant
UNITED STATES OF AMERICA            MICHAEL JOHNSON


**ORDER**


IT IS SO ORDERED.

   Dated:  **March 7, 2018**                              _____/s/ Lawrence J. O'Neill _____
                                                              UNITED STATES CHIEF DISTRICT JUDGE