John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOHNSON,<br><br>    Defendant. | No. 1:15-CR-00059-LJO-SKO<br><br>**STIPULATION AND ORDER <u>DENYING SAME</u>** |

Defendant, MICHAEL JOHNSON, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kimberly Sanchez, hereby stipulate to extend the due date from April 4, 2018 to April 25, 2018 for the defendant's response to the Court's 2/7/18 order requiring defendant to file a supplement to his pro se § 2255 motion or notify the Court that it does not intend to file such a supplement. *See* Docket 41.

///

///

///

This request is made because the defendant's counsel needs additional time to review the trial attorney's file and conduct additional research before responding to the court's order at docket 41.

Dated: April 3, 2018                    Dated: April 3, 2018

McGregor W. Scott
Interim United States Attorney

 /s/ *Kimberly Sanchez*                    /s/*John Balazs*
KIMBERLY SANCHEZ                           JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   MICHAEL JOHNSON

**ORDER**

This second request for a 30-day extension of time is presented without any evidence to support a finding of good cause. The stated basis -- "because the defendant's counsel needs additional time to review the trial attorney's file and conduct additional research before responding to the court's order" -- is identical to the basis presented in connection with the first extension of time. This is too generic to support a second extension. Therefore, the request is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **April 5, 2018**                 /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE