John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL JOHNSON,<br><br>　　　　　Defendant. | No. 1:15-CR-00059-LJO-SKO<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION OF REQUEST FOR CONTINUANCE**<br><br>**(ECF No. 49)** |

For good cause shown in defendant's motion for reconsideration filed April 5, 2018, IT IS HEREBY ORDERED that defendant's motion for reconsideration is granted. Defendant's response to the Court's 2/7/18 order at docket 41 is due April 25, 2018.

IT IS SO ORDERED.

　Dated: __**April 6, 2018**__　　　　　　　　_____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

Stipulation and Order　　　　　　　　　　　　　　　1