John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHNSON,<br><br>Defendant. | No. 1:15-CR-00059-LJO-SKO<br><br>**WITHDRAWAL OF MOTION TO VACATE UNDER 28 U.S.C. § 2255** |

After consultation with counsel and in light of *Beckles v. United States,* 137 S. Ct. 886 (2017), defendant Michael Johnson, through counsel hereby withdraws his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 at docket 39.

                                                Respectfully submitted,

Dated: April 24, 2018

                                                /s/*John Balazs*
                                                JOHN BALAZS

                                                Attorney for Defendant
                                                MICHAEL JOHNSON