McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOHNSON,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:15-CR-00059-NONE<br><br>MOTION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**MOTION**

1.　Defendant Michael Johnson filed a motion for reduction in sentence and compassionate release on July 17, 2020. Docket No. 53. On July 21, the Court referred the case to the Federal Defender's Office, and directed the party to communicate to attempt to stipulate to a briefing schedule within five (5) days of the order.

2.　The government requests the Court consider this motion, despite it being filed beyond the five days.Counsel for the defendant does not oppose this request.

3. The government communicated with the Federal Defender's Office on July 22 and following regarding representation and a briefing schedule. The Federal Defender's Office communicated with the defendant via e-mail, and the defendant indicated he wished to continue pro se. The Federal Defender suggested he add undersigned counsel to his account allowing undersigned counsel and the government to communicate directly regarding a schedule. The defendant attempted to do so, but the system blocked the effort. As such, the Federal Defender's office graciously has been passing communications between the government and the defendant. This method complicates accomplishing a stipulation. As such, the government files this motion.

4. The defendant indicated that he was fine with the government having two weeks to respond to his motion. However, that representation occurred in the midst of the back and forth communications and time has lapsed. Thus, the government is asking for one week to file its response, which will be Friday, August 7, 2020. The government believes that providing two weeks for the defendant to reply is reasonable. The government understands that the defendant wishes to expeditiously dispose of this motion, and has arranged with the Federal Defender's Office to make every effort to get the response to the defendant as quickly as possible after the government files it.

\Accordingly, by this motion, the government now moves that:

a) The government's opposition or response to defendant's motion, Docket No. 53, be due on August 7, 2020; and

b) The defense reply, if any, will be due on August 21, 2020.

IT IS SO MOVED.

McGREGOR W. SCOTT
United States Attorney

Dated:  July 31, 2020

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

**FINDINGS AND ORDER**

Based upon the motion and representations therein, the Court adopts the proposed revised briefing schedule as follows:

      a)    The government's opposition or response to defendant's motion, Docket No. 53, is due on August 7, 2020;

      b)    The defense reply, if any, will be due on August 21, 2020.

IT IS SO ORDERED.

Dated: __**August 3, 2020**__                  /s/ Dale A. Drozd

                                                  UNITED STATES DISTRICT JUDGE